**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 372 WAL 2014
:
                      Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
JEREMY MELVIN, :
:
                      Petitioner :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.